of Bronx. Judgment unanimously affirmed, with costs. No opinion. Present — McAvoy, Townley, Untermyer and Cohn, JJ.

WILLIAM SACHS, Plaintiff-Appellant-Respondent, v. SHARP & NASSOIT MANAGEMENT CORPORATION, Defendant-Respondent. METROPOLITAN LIFE INSURANCE COMPANY, Plaintiff-Respondent-Appellant, v. SHARP & NASSOIT MANAGEMENT CORPORATION, Defendant-Respondent-Appellant.— Plaintiff Sachs, the assignee of the owner in equity of 845 West End avenue, now in foreclosure, brings an action against the agent of the premises to recover a balance of rents collected during the month of January, 1934. The plaintiff Metropolitan Life Insurance Company, which obtained the appointment of a receiver in foreclosure on February 1, 1934, claims these rents. Judgment appealed from modified to the extent that the judgment in favor of the plaintiff William Sachs for $380.01 is reversed and judgment directed for the defendant Sharp & Nassoit Management Corporation, with costs to said defendant against the plaintiff Sachs, on the ground that the rents which were the subject of this claim are the property of the receiver; and as so modified, the judgment is affirmed, with one bill of costs of this appeal to the appellant Metropolitan Life Insurance Company and the respondent Sharp & Nassoit Management Company against the appellant Sachs. Settle order on notice. Present — McAvoy, Townley, Untermyer, Dore and Cohn, JJ.

ALEXANDER STORYK and MORRIS STORYK, Copartners, Trading as STORYK BROS., Respondents, v. HERBERT L. MISKEND and Another, Appellants.—Action for damages for unfair competition. Order denying defendants' motion for judgment dismissing the complaint unanimously affirmed, with twenty dollars costs and disbursements, with leave to the defendants to answer within twenty days after service of order upon payment of said costs. No opinion. Present — McAvoy, Townley, Untermyer, Dore and Cohn, JJ.

A. N. SAAB & CO., a New York Corporation, Respondent, v. HERBERT L. MISKEND and Another, Appellants.—Action for damages for unfair competition. Order denying defendants' motion for judgment dismissing the complaint unanimously affirmed, with twenty dollars costs and disbursements, with leave to the defendants to answer within twenty days after service of order upon payment of said costs. No opinion. Present — McAvoy, Townley, Untermyer, Dore and Cohn, JJ.

SIG ROSENTHAL & CO., INC., Respondent, v. HERBERT L. MISKEND and Another, Appellants.—Action for damages for unfair competition. Order denying defendants' motion for judgment dismissing the complaint unanimously affirmed, with twenty dollars costs and disbursements, with leave to defendants to answer within twenty days after service of order upon payment of said costs. No opinion. Present — McAvoy, Townley, Untermyer, Dore and Cohn, JJ.

THE MUTUAL LIFE INSURANCE COMPANY OF NEW YORK, Plaintiff, v. GAYER G. DOMINICK and THE NEW YORK TRUST COMPANY, as Executors, etc., of RAYMOND J. SCHWEIZER, Deceased, Defendants-Respondents, and BLANCHE JOSEPHINE GULINELLI, Defendant-Appellant.— This is an interpleader suit brought by plaintiff against defendants-respondents and defendant-appellant, as rival claimants to the proceeds of a life insurance policy for $10,000 issued by plaintiff to Joseph Schweizer, which by its terms was payable upon his death to his wife, Ernestina Schweizer, if living, and, if not living, to his children or their guardian. Order granting motion of defendants Gayer G. Dominick and The New York Trust